for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. John E. Palmer* for petitioner. *Messrs. Clifford L. Hilton* and *James E. Markham* for respondents.

No. 624. KANSAS FLOUR MILLS COMPANY *v.* FARMERS NATIONAL BANK OF BURLINGTON, KANSAS, ET AL. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. T. A. Noftzger* for petitioner. No appearance for respondents.

No. 625. LARABEE FLOUR MILLS CORPORATION *v.* FIRST NATIONAL BANK OF HENRYETTA, OKLAHOMA, ET AL. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. T. A. Noftzger for petitioner. Mr. R. B. F. Hummer* for respondent.

No. 628. COLONIAL TRANSPORTATION COMPANY, LTD. *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Howard H. Long* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Arthur W. Henderson* for the United States.

No. 629. JOHN MOORE, ADMINISTRATOR OF THE ESTATE OF EARL H. MOORE, DECEASED, *v.* BALTIMORE AND OHIO RAILROAD COMPANY. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Daniel O. Hastings* for petitioner. No appearance for respondent.

No. 631. SATURNINO LOPEZ *v.* MANUEL ERNESTO GONZALEZ. November 23, 1926. Petition for a writ of cer-